United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LYNNETT TYLER on behalf of JOHN RAYMOND TYLER SMITH | § § § |
| VS | §  CIVIL ACTION NO. H-24-3219 |
| MARTIN O'MALLEY, Commissioner of the SOCIAL SECURITY COMMISSION | § § § § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are the Parties' cross-motions for summary judgment (Doc. Nos. 11-12); Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 14); Plaintiff's Objections (Doc. No. 15); and Defendant's Response to Plaintiff's Objections )Doc. No. 22) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 15) are **OVERRULED** and the Memorandum and Recommendation (Doc. No. 14) is **ADOPTED**. The Commissioner's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**; and Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED**. It is further

**ORDERED** that the Commissioner's decision is **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED this _20th_ day of November 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE